1  DANIEL G. BOGDEN
   United States Attorney
2  KATHLEEN BLISS
   NICHOLAS D. DICKINSON
3  Assistant United States Attorneys
   KEVIN ROSENBERG
4  Trial Attorney
   333 Las Vegas Blvd. South, Suite 5000
5  Las Vegas, Nevada   89101
   (702) 388-6336 (Telephone)
6  (702) 388-6418 (Fax)

7  Attorneys for Plaintiff.

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10              -oOo-

11  UNITED STATES OF AMERICA,          )
                                       )
12           Plaintiff,                )   2:02-CR-00220-LDG(PAL)
                                       )   2:02-CR-00221-LDG(PAL)
13      vs.                            )
                                       )
14  JESSIE JAMES COOPER,               )   REQUEST TO RELEASE
                                       )   PRESENTENCING INVESTIGATION
15           Defendant.                )   REPORT TO COURT FOR IN CAMERA
    _____        REVIEW

16

17

18

19  The United States of America respectfully requests the Court enter an order allowing the government to

20  submit the Presentencing Investigation Report to the Honorable Chief United States District Judge

21  Robert C. Jones for in camera review and possible disclosure under *Brady v. Maryland*, 373 U.S. 83

22  (1963), and Fed. R. Crim. P. 16, in United States v. Tillman, et al., 2:08-cr-00283-RCJ(RJJ).

23                              Respectfully submitted,

24                              DANIEL G. BOGDEN
                                United States Attorney
25

26                               /s/   Katheen Bliss
                                KATHLEEN BLISS
                                Assistant United States Attorney

1

NICHOLAS D. DICKINSON
Assistant United States Attorney

KEVIN ROSENBERG
Trial Attorney

IT IS SO ORDERED:

DATED this ___1___ day of August, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge